COMMUNITY NETWORK SERVICE, INC., Appellant, v VERIZON NEW YORK, INC., Respondent.

Submitted August 24, 2009; decided October 20, 2009

Reported below, 63 AD3d 547.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.